THE EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent, *v.* THOMAS J. CLUTE, Impleaded, etc., Appellant.

(Argued February 26, 1884 ; decided March 4, 1884.)

*Samuel Hand* for appellant.

*Bartholemew Skaats* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

In the Matter of the Application of ADELAIDE CLEMENT to compel an Accounting.

(Argued February 26, 1884; decided March 4, 1884.)

*Henry Smith* for appellant.

*Benjamin B. Foster* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

ANDREW DONLON, as Administrator etc., Appellant, *v.* THE LONG ISLAND RAILROAD COMPANY, Respondent.

(Argued January 28, 1884; decided March 11, 1884.)

*Samuel D. Morris* for appellant.

*Edward E. Sprague* for respondent.

Agree to affirm ; no opinion.
All concur, except DANFORTH, J., dissenting.
Judgment affirmed.